Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511.2099
Telephone: 775.348.4888
Facsimile: 775.786.0127
kmtaylor@littler.com
lmolleck@littler.com

Attorneys for Defendant
BWW RESOURCES, LLC,
d/b/a BUFFALO WILD WINGS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ADRIAN WRIGHT, an individual,

Plaintiff,

v.

BWW RESOURCES, LLC, a Delaware limited liability company, d/b/a Buffalo Wild Wings,

Defendant.

Case No. 2:26-cv-02786-CDS-NJK

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[SECOND REQUEST]**

Plaintiff ADRIAN WRIGHT ("Plaintiff") and Defendant BWW RESOURCES, LLC ("Defendant"), by and through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of October 15, 2026, up to and including October 29, 2026.

The Parties agree that the requested extension is reasonable and necessary due to Defendant's scheduling conflicts and competing deadlines, and because counsel for the Defendant is still investigating the factual allegations in the Complaint as they were recently retained.

This is the second request for an extension of time to respond to the Complaint. This request

///

///

is made in good faith and not for the purpose of undue delay.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
ADRIAN WRIGHT

Dated: October 15, 2026

Respectfully submitted,

*/s/ Luke W. Molleck*
Karyn M. Taylor, Esq.
Luke W. Molleck, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BWW RESOURCES, LLC,
d/b/a BUFFALO WILD WINGS

IT IS SO ORDERED.
Dated: October 16, 2026

.

.



Nancy J. Koppe
United States Magistrate Judge

LITTLER MENDELSON, P.C.
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511.2099
775.348.4888